Argued and submitted June 30, conviction affirmed; remanded for resentencing October 7, petition for review denied December 15, 1998 (328 Or 194)

STATE OF OREGON,
*Appellant,*

*v.*

RANDY DALE SMITH,
*Respondent.*

(963941C2; CA A96420)

965 P2d 473

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, argued the cause and filed the brief for appellant.

Sally A. Avera, Public Defender, and Steven v. Humber, Deputy Public Defender, argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Jackman,* 155 Or App 358, 963 P2d 170 (1998); *State v. Shoemaker,* 155 Or App 416, 965 P2d 418 (1998); *State v. DuBois,* 152 Or App 515, 954 P2d 1264 (1998).